FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Wheeler, Shannon David                Docket No.    0980 1:22CR02067-EFS-1

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Shannon David Wheeler, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 26th day of July 2022, under the following conditions:

Standard Condition No. 1: Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Conditions of release were reviewed and signed by Mr. Wheeler on July 29, 2022, acknowledging an understanding of his pretrial release conditions.

Violation No. 1: Mr. Wheeler is alleged to be in violation of his pretrial release conditions by committing second degree theft (Yakima County Superior Court cause number 22-1-01616-39), on September 16, 2022.

According to the Yakima Police Department (YPD) narrative report number 22Y030592, a YPD officer was dispatched regarding a theft. The reporting party stated subjects in a black truck and blue sedan were observed looking into vehicles and stealing a trailer. Witnesses reported seeing two subjects exiting the sedan, running up to the trailer, and hooking it on to the truck. The truck then drove away with the sedan following.

YPD officers then located the truck and sedan at a high-risk stop. The driver of the truck informed officers that they were being paid by the occupants of the sedan to help move the trailer and were unaware they were stealing the trailer. Mr. Wheeler was later identified as the driver of the sedan. Both Mr. Wheeler and the other sedan occupant denied being involved with the theft or knowing the occupants of the black truck. Mr. Wheeler informed YPD officers he had stopped and given directions to the drivers of the black truck. Mr. Wheeler told officers the sedan was his family's vehicle. When Mr. Wheeler's wife arrived on the scene to retrieve the sedan, the YPD officer observed what he understood to be a drug pipe on the passenger floorboard.

Mr. Wheeler was then taken into custody and transported to the YPD to be secured in a patrol holding cell. Mr. Wheeler was scheduled for a preliminary appearance on September 19, 2022, at 1:30 p.m., at Yakima County Superior Court for case number 22-1-01616-39. Mr. Wheeler then failed to make the court date, thus a bench warrant was issued for his arrest. Mr. Wheeler was arrested on September 26, 2022, and released with a new Court date of October 10, 2022, at 9 a.m.

    PRAYING THAT THE COURT WILL ORDER A SUMMONS

PS-8
Re: Wheeler, Shannon David
October 7, 2022
Page 2

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: October 7, 2022 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

October 11, 2022

Date