UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Wheeler, Shannon David | Docket No. | 0980 1:22CR02067-EFS-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Shannon David Wheeler, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 26th day of July 2022, under the following conditions:

**Special Condition No. 5**: Defendant shall submit to random urinalysis and breathalyzer testing as directed by the United States Probation/Pretrial Service Office and shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

**Standard Condition No. 6**: Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release an shall report as often as they direct, as such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS

Conditions of release were reviewed and signed by Mr. Wheeler on July 29, 2022, acknowledging an understanding of his pretrial release conditions.

**Violation No. 2**: Mr. Wheeler is alleged to be in violation of his pretrial release conditions by not providing a urinalysis (UA) as directed by U.S. Magistrate Judge Alexander C. Ekstrom on November 2, 2022.

On November 2, 2022, during Mr. Wheeler's initial hearing, U.S. Magistrate Judge Ekstrom directed Mr. Wheeler to report to the probation office after court and provide a UA by 5 p.m. Mr. Wheeler told Judge Ekstrom he would. After court, while being escorted to the probation office, Mr. Wheeler stated he needed to take his daughter to a parent teacher conference meeting at school. This officer asked Mr. Wheeler why he did not mention this in Court. Mr. Wheeler replied he said something to his attorney, but she did not say anything to the judge. This officer asked Mr. Wheeler if anyone else could take his daughter to school. Mr. Wheeler said maybe his wife. Mr. Wheeler contacted his wife, who apparently said she was unable to. This officer informed Mr. Wheeler that per U.S. Magistrate Judge Ekstrom, he needed to provide a UA by 5 p.m. or it would result in a violation. Mr. Wheeler voiced his understanding.

At approximately 4 p.m., Mr. Wheeler returned to the probation office and this officer escorted him to the UA bathroom. After approximately 15 minutes, Mr. Wheeler was unable to provide a UA. This officer encouraged Mr. Wheeler to drink water, wait in the lobby, and let the front desk staff know when he was ready to provide a UA. Approximately 10 minutes later this officer received a phone call from the front desk staff stating Mr. Wheeler was ready to provide a UA. This officer escorted Mr. Wheeler to the UA bathroom.

After several minutes, Mr. Wheeler could not provide a UA; he continued to put his right hand inside his jean zipper and quickly moved it around. This officer directed Mr. Wheeler to keep his hand outside of his jeans. Mr. Wheeler asked why. This officer told Mr. Wheeler this was part of the UA process, which is how this officer can verify him properly providing a UA. Mr. Wheeler then attempted to place the UA cup inside his zipper, so this officer could not see his penis. This officer directed Mr. Wheeler to remove the UA cup from inside his jeans. As Mr. Wheeler removed the UA cup from the zipper area, the front of his jeans became wet. This officer asked Mr. Wheeler what caused his jeans to become wet. Mr. Wheeler said he urinated on his pants before entering the bathroom. This officer asked Mr. Wheeler why he did not say anything; he

replied because he was nervous. This officer directed Mr. Wheeler to throw the UA cup in the trash and leave the bathroom. Mr. Wheeler followed this officer's directive. This officer staffed the case with U.S. Probation Officer (USPO) Casey. Mr. Wheeler was then escorted to the men's bathroom and asked if he had any devices or anything he was using to attempt to alter the UA. Mr. Wheeler said he did not. This officer and USPO Casey then asked Mr. Wheeler to lift his shirt and turn in a circle, so it could be verified nothing was taped to his chest or stomach area. Mr. Wheeler complied, and no contraband was observed. Mr. Wheeler was directed to remain in the lobby while this officer and USPO Casey staffed the case with the U.S. Magistrate Judge Ekstrom and Deputy Chief U.S. Probation Officer Jose Vargas.

After staffing the case, Mr. Wheeler was again escorted to the men's bathroom and asked him to lower his shorts and boxers so it could visually be seen if he had any items or devices on himself that would alter a UA. Mr. Wheeler lowered his shorts and boxers, and this officer observed black tape on his inner thighs. Mr. Wheeler was directed to remove the tape, to which he complied. Mr. Wheeler stated he used the tape for loose skin on his legs. Mr. Wheeler again denied using any devices or items to alter his UA. Mr. Wheeler could not provide a sample.

Mr. Wheeler was directed to report the following day, November 3, 2022, before 8 a.m. Mr. Wheeler said he could not because he had to take his kids to school, but could make it before 10 a.m. This officer reminded Mr. Wheeler he was directed and was expected to report the next day before 10 a.m., and not to call and make excuses of why he needed to report a later time. Mr. Wheeler voiced his understanding and departed the office. After Mr. Wheeler left, USPO Casey located a plastic bag in the trash can inside the bathroom, which appeared to contain small amounts of urine. This officer took a picture of the black tape and plastic bag.

**Violation No. 3**: Mr. Wheeler is considered to be in violation of his pretrial release conditions by failing to report to the probation office as instructed on November 3, 2022, by 10 a.m.

On November 2, 2022, USPO Casey and this officer directed Mr. Wheeler to report to the probation office at 8 a.m. on November 3, 2022. Mr. Wheeler said he could not because he had to take the kids to school but could make it before 10 a.m. This officer explained to Mr. Wheeler he would be allowed to report at 10 a.m. so he could provide transportation for his kids to school, but he was directed to be at the probation office by 10 a.m., with no further excuses. Mr. Wheeler voiced his understanding and departed the probation office.

On November 3, 2022, at 10:05 a.m., this officer received a text message from Mr. Wheeler's wife stating he was running late. On this same date, at 10:25 a.m., this officer received a text message from Mr. Wheeler's wife stating his car broke down. That same date, at 11:06 a.m., this officer received a phone call from Mr. Wheeler stating his car broke down and he was trying to get towed back to his house. This officer reminded Mr. Wheeler he was directed to report before 10 a.m. Mr. Wheeler said he had to pick up his kids up from school soon. This officer directed Mr. Wheeler to report to the office as soon as he could; however as of the submission of this report, he has failed to report to the probation office.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: November 4, 2022 |
| by | s/Kyle Mowatt |
|  | Kyle Mowatt<br>U.S. Pretrial Services Officer |

Re: Wheeler, Shannon David
November 4, 2022
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

November 4, 2022

Date