PROB 12C
(6/16)

Report Date: March 10, 2023

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shannon David Wheeler | Case Number: 0980 1:22CR02067-EFS-1 |
| Address of Offender: ███████████████ | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 15, 2022

| | | |
|---|---|---|
| Original Offense: | Theft of Public Money, 18 U.S.C. § 641 | |
| Original Sentence: | Prison - time served (29 days) <br> TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: December 15, 2022 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: December 14, 2025 |

## PETITIONING THE COURT

To issue a summons.

On December 21, 2022, the probation conditions were reviewed by Mr. Wheeler, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Wheeler is alleged to have violated his conditions of supervised release by consuming methamphetamine on or about February 12, 2023. |
| | On February 15, 2023, this officer received a telephone call from staff at Merit Resource Services (Merit) stating Mr. Wheeler's urinalysis (UA) site tested presumptive positive for methamphetamine. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. While at Merit, Mr. Wheeler signed an admission/denial form denying he consumed methamphetamine. |

Prob12C
**Re: Wheeler, Shannon David**
**March 10, 2023**
**Page 2**

On February 25, 2023, Alere confirmed Mr. Wheeler's February 15, 2023, UA to be positive for methamphetamine.

On February 28, 2023, this officer contacted Mr. Wheeler by telephone to inform him his UA from February 15, 2023, was confirmed positive for methamphetamine. Mr. Wheeler admitted he consumed methamphetamine on February 12, 2023.

2     **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** Mr. Wheeler is alleged to have violated his conditions of supervised release by failing to attend his appointment to review his substance abuse evaluation results at Merit on March 6, 2023.

On February 28, 2023, this officer contacted Mr. Wheeler by telephone to inform him his UA from February 15, 2023, was confirmed positive for methamphetamine. Mr. Wheeler admitted he consumed methamphetamine on February 12, 2023. Mr. Wheeler stated he rescheduled his appointment at Merit to review his substance abuse evaluation, to Monday, March 6, 2023. Mr. Wheeler agreed he wanted to address his relapse through substance abuse treatment. This officer informed Mr. Wheeler if he provided clean UAs to Merit and attended his appointment on Monday, March 6, 2023, a no action report would be submitted to the Court, however, if he failed to show up for his appointment or had continued positive UAs, a petition would be submitted to the Court. Mr. Wheeler voiced his understanding.

On March 9, 2023, this officer contacted Merit staff and verified Mr. Wheeler was a no-call no-show for his appointment at Merit on Monday, March 6, 2023. This officer attempted to contact Mr. Wheeler several times but was unsuccessful.

On March 10, 2023, this officer received a telephone call from Mr. Wheeler. When asked why he was a no-call no-show at Merit on March 6, 2023. Mr. Wheeler stated he did not have a ride and did not have good cellular phone reception. This officer informed Mr. Wheeler that he failed to follow through with his agreement to attend his substance abuse treatment appointment on March 6, 2023. This officer explained to Mr. Wheeler a summons would be submitted to the Court. Mr. Wheeler agreed to contact Merit that day and reschedule his appointment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Wheeler, Shannon David
March 10, 2023
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/10/2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

March 15, 2023

Date