PROB 12C
(6/16)

Report Date: March 27, 2023

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shannon David Wheeler | Case Number: 0980 1:22CR02067-EFS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: December 15, 2022 | |
| Original Offense: Theft of Public Money, 18 U.S.C. § 641 | |
| Original Sentence: Prison - time served (29 days) TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Daniel Hugo Fruchter | Date Supervision Commenced: December 15, 2022 |
| Defense Attorney: Federal Defender's | Date Supervision Expires: December 14, 2025 |

### PETITIONING THE COURT

To incorporate the below alleged violation with the violations previously reported to the Court on March 10, 2023 (ECF 66).

On December 21, 2022, the supervised release conditions were reviewed by Mr. Wheeler, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Wheeler is alleged to have violated his conditions of supervised release by consuming methamphetamine between March 20 and 24, 2023. |
| | On March 27, 2023, Mr. Wheeler reported to the probation office as directed. A random drug test was collected and tested presumptive positive for methamphetamine. The sample was sealed in front of Mr. Wheeler and sent to Alere Laboratory for confirmation. Mr. Wheeler admitted to consuming methamphetamine the previous week, however, did not remember the date. On March 27, 2023, Mr. Wheeler signed a drug use admission form admitting to consuming methamphetamine between March 20 and 24, 2023. |

Prob12C
Re: **Wheeler, Shannon David**
**March 27, 2023**
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate the above-noted alleged violation with the previous violations pending before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/27/2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

### THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Edward F. Shea

Signature of Judicial Officer

March 28, 2023

Date