PROB 12C
(6/16)

Report Date: April 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shannon David Wheeler | Case Number: 0980 1:22CR02067-EFS-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: December 15, 2022 | |
| Original Offense: Theft of Public Money, 18 U.S.C. § 641 | |
| Original Sentence: Prison - time served (29 days) TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Daniel Hugo Fruchter | Date Supervision Commenced: December 15, 2022 |
| Defense Attorney: Paul Shelton | Date Supervision Expires: December 14, 2025 |

### PETITIONING THE COURT

To incorporate the below alleged violation with the violations previously reported to the Court on March 10 and 27, 2023.

On December 21, 2022, the supervised release conditions were reviewed by Mr. Wheeler, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Wheeler is alleged to have violated his conditions of supervised release by failing to provide a urinalysis (UA) test on March 30, 2023. |
| | On March 31, 2023, this officer received notification from staff at Merit Resource Services (Merit) that Mr. Wheeler had failed to provide a colorline UA on March 30, 2023. This officer then attempted to contact Mr. Wheeler via telephone on both March 31, and April 3, 2023, to inquire as to the missed UA; however, both calls went unanswered. |

Prob12C
**Re: Wheeler, Shannon David**
**April 12, 2023**
**Page 2**

On April 4, 2023, this officer received a phone call from Mr. Wheeler, whereby this officer notified Mr. Wheeler he had both failed to provide his colorline UA to Merit on March 30, 2023, and failed to report to the probation office as directed on April 3, 2023, by 11 a.m. Mr. Wheeler claimed he believed he was no longer required to call the colorline; however, this officer corrected Mr. Wheeler in reminding him that he was never directed to stop calling the colorline.

5    **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** Mr. Wheeler is alleged to have violated his conditions of supervised release by failing to report to the probation office as directed on April 3, 2023, by 11 a.m.

On March 29, 2023, Mr. Wheeler met with a United States Probation Officer (USPO) in the probation office following an initial appearance in court. While in the office, the USPO directed Mr. Wheeler to report to the probation office on April 3, 2023, by 11 a.m.

On April 3, 2023, Mr. Wheeler failed to report to the probation office as directed by 11 a.m. This officer attempted to contact Mr. Wheeler several times, but was unsuccessful.

On April 4, 2023, this officer received a phone call from Mr. Wheeler, whereby this officer notified Mr. Wheeler he had both failed to provide his colorline UA to Merit on March 30, 2023, and failed to report to the probation office as directed on April 3, 2023, by 11 a.m. Mr. Wheeler stated he did not have transportation to the probation office nor a working cell phone. This officer reminded Mr. Wheeler that these were repeated behaviors, and both would have to be reported to the Court as violations. Mr. Wheeler voiced his understanding. This officer directed Mr. Wheeler to report to the probation office that day by 3 p.m.

6    **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Wheeler is alleged to have violated his conditions of supervised release by consuming methamphetamine on or about April 4, 2023.

On April 4, 2023, Mr. Wheeler reported to the probation office as directed before 3 p.m. While in the office, Mr. Wheeler provided a UA to the USPO, which returned presumptive positive for methamphetamine. When asked about the positive UA, Mr. Wheeler denied any new consumption of methamphetamine. The sample was packaged and sent to the lab for testing. The USPO directed Mr. Wheeler to contact his substance abuse counselor at Merit to schedule a new substance abuse assessment. The results of the sample have not yet been returned.

7    **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

Prob12C
**Re: Wheeler, Shannon David**
**April 12, 2023**
Page 3

**Supporting Evidence:** Mr. Wheeler is alleged to have violated his conditions of supervised release by failing to report to the probation office as directed on April 10, 2023, by 3 p.m.

On April 4, 2023, Mr. Wheeler met with a USPO in the probation office. While in the office, the USPO directed Mr. Wheeler to report to the probation office on Monday, April 10, 2023, by 3 p.m.

On April 10, 2023, Mr. Wheeler failed to report to the probation office as directed by 3 p.m. This officer attempted to contact Mr. Wheeler, but was unsuccessful. Later in the day, this officer received a phone call from Mr. Wheeler, whereby this officer notified Mr. Wheeler he had failed to report to the probation office that day as directed. Mr. Wheeler stated he did not have transportation to the probation office nor a working cell phone. This officer reminded Mr. Wheeler that again, these were repeated behaviors and would have to be reported to the Court as a violation. Mr. Wheeler voiced his understanding. This officer directed Mr. Wheeler to report to the probation office on Tuesday, April 11, 2023, before noon. Mr. Wheeler said he would be there.

The U.S. Probation Office respectfully recommends the Court incorporate the above-noted alleged violation with the previous violations pending before the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/12/2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

April 18, 2023

Date