PROB 12C  
(6/16)

# United States District Court

for the

### Eastern District of Washington

## Amended Petition for Warrant or Summons for Offender Under Supervision

Report Date: October 14, 2025

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Shannon David Wheeler | Case Number: 0980 1:22CR02067-EFS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇, Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: December 15, 2022 | |
| Original Offense: Theft of Public Money, 18 U.S.C. § 641 | |
| Original Sentence: Prison - Time served (29 days) TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Courtney Pratten | Date Supervision Commenced: December 15, 2022 |
| Defense Attorney: Gregory Lee Scott | Date Supervision Expires: December 14, 2025 |

## PETITIONING THE COURT

The following petition is an amended request to incorporate based on the petition previously submitted to the Court on May 15, 2023 (ECF No. 92).

On December 21, 2022, the supervised release conditions were reviewed by Mr. Wheeler, indicating an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Wheeler is alleged to have violated his conditions of supervision by being found guilty of first degree burglary on September 14, 2023. |
| | On September 14, 2023, per the Judgment and Sentence for case number 23-1-00738-39, Mr. Wheeler was found guilty of first degree burglary (count 1) and second degree possession of an unlawful firearm (count 2). Mr. Wheeler was sentenced to 31 months custody for count 1, and 12 months for count 2, with credit for time served. |
| | On February 5, 2023, Yakima Police Department (YPD) officers were dispatched to a home at 1111 East Beech Street, Yakima, Washington, around 2 a.m., in response to reports of shots fired. When YPD officers arrived on the scene, they were met by the reporting party (RP) at the home, and were advised that a male had been shot and was laying in their back yard. When YPD officers questioned the RP as to what had transpired, the RP stated he had shot at a male who had attempted to break into his home. The RP and his brother were sitting |

Prob12C
Re: Wheeler, Shannon David
October 14, 2025
Page 2

at home in the living room smoking marijuana when they heard a knock on their back door. When the RP opened the door, he observed a male individual, known to him from high school, brandishing a handgun and demanding money. The RP then grabbed the male's hand, trapping the male's arm with the handgun in the doorway, eventually disarming the male. The RP then heard the male yell back at someone in the yard to "get the shotgun," and "shoot them." The RP yelled to his brother to go and grab a gun from their house as the male was about to acquire a shotgun. When the RP looked back outside, he observed a second male wearing all black with a black ski mask. When the RP's brother returned, he observed what looked like the barrel of a shotgun and shot toward the male at the doorway, unsure if he had also struck the second male in all black. The initial male suspect had been shot, but the whereabouts of the second male with the shotgun in all black was unknown. The RP and his brother also pointed out to officers a green Chrysler Sebring parked outside on South 12th Street, in which the deceased male had arrived. The vehicle was still running, but unoccupied.

Upon examination of the scene, YPD officers found several shell casings in the back yard and floor of the home. YPD officers spoke to neighbors who had observed a thin, white male in all black run through their backyard and out toward South 12th Street. YPD officers were later able to verify through camera footage from neighbors that the thin, white male was indeed holding a shotgun as he ran away. A YPD officer spoke to a large group of family and friends of the decedent who had gathered at the scene later that morning. Two women, identified as the decedents' mother and girlfriend, informed YPD officers that the decedent may have been with an individual named Shannon Wheeler that night. A female family member informed a YPD officer that the decedent, her cousin, had been to her home 3 weeks prior and had 100 fentanyl tablets and several firearms, including AK-47 style weapons, in his vehicle. The female relative stated she flushed the fentanyl down the toilet as her cousin had wanted to stay with her, and her cousin informed her the guns and drugs belonged to Mr. Wheeler. The female relative suspected Shannon Wheeler was with her cousin when he was killed. A second female relative also told YPD officers that her cousin had informed her that Mr. Wheeler was the owner of the drugs and guns in his car. The second female relative stated she had met Mr. Wheeler and his wife once in the past when she had picked up the couple as a favor to her cousin, and brought them back to her other cousin's home.

YPD officers later verified that the handgun used by the decedent in the attempted robbery was registered to Mr. Wheeler's wife. YPD officers were also able to verify, through samples taken from that firearm, that Mr. Wheeler's deoxyribonucleic acid (DNA) was present on one of the shotgun magazines recovered from the crime scene; as well as verify through phone records that Mr. Wheeler was both in the area of the time of the burglary as well as the last person to have spoken with the decedent via cellular telephone.

On February 24, 2023, Mr. Wheeler reported to the probation office as directed. While in the office, two YPD detectives made contact with Mr. Wheeler in a separate office. Mr. Wheeler agreed to be interviewed by the YPD detectives, who began questioning Mr. Wheeler as to his relationship with the decedent and his whereabouts the evening of February 5, 2023. According to the YPD detectives, Mr. Wheeler acknowledged being friends with the decedent, but denied any knowledge of his death or the burglary in question, including use of the handgun registered to his wife. Mr. Wheeler was not taken into custody at that time, but was informed that a misdemeanor warrant for his arrest was active with Yakima Municipal Court.

On May 5, 2023, Mr. Wheeler reported as directed to the probation office. While in the office, two YPD detectives made contact with Mr. Wheeler to speak with him again regarding the February 5, 2023, burglary. The YPD detectives informed Mr. Wheeler that he was going to be placed under arrest for: first degree assault, attempted first degree burglary, and second degree unlawful possession of a firearm, due to evidence found in cellular telephone records and DNA present on shotgun magazines.

The YPD detectives took Mr. Wheeler into custody and he was subsequently transported to Yakima County Jail. Mr. Wheeler was scheduled to appear in Yakima Superior Court on May 22, 2023, to answer to the above charges, case 23-1-00738-39.

9 **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Wheeler is alleged to have violated his conditions of supervision by being found guilty of second degree unlawful possession of a firearm, on September 14, 2023.

Please refer to narrative in Violation #8.

The U.S. Probation Office respectfully recommends the Court replace the prior petition submitted to the Court dated May 15, 2023, (ECF No. 92), and incorporate the amended violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/14/2025

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[X] Other : The Court confirms the issuance of the warrant issued on 5/17/2023, and executed on 10/1/2025.

*Edward F. Shea*

Signature of Judicial Officer

October 15, 2025

Date